UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEPHEN A. SACCOCCIA

v.                                C.R. No. 97-248T

UNITED STATES OF AMERICA

### ORDER DENYING MOTION TO VACATE JUDGMENT

The petitioner's motion to vacate judgment pursuant to Fed. R. Crim. P. 60(b) is denied and dismissed for reasons set forth in the government's motion and in previous decisions of this Court and the First Circuit Court of Appeals in rejecting the petitioner's previous successive §2255 motions, 60(b) and *audita querela* motions.

By Order,

/s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres, Chief Judge

Date: May 30, 2006