**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STEPHEN A. SACCOCCIA

v. C.R. No. 97-248T

UNITED STATES OF AMERICA

**ORDER DENYING MOTION TO VACATE JUDGMENT**

The petitioner's motion to vacate judgment pursuant to Fed. R. Crim. P. 60(b) is denied and dismissed for reasons set forth in the government's motion and in previous decisions of this Court and the First Circuit Court of Appeals in rejecting the petitioner's previous successive §2255 motions, 60(b) and *audita querela* motions.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres, Chief Judge

Date: May 30, 2006