UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Stephen A. Saccoccia

v.

United States of America

~~C.R.~~ CA No. 97-248(T)

## NOTICE OF APPEAL

Notice is hereby given that Stephen A. Saccoccia hereby appeals to the United States Court of Appeals for the First Circuit the decision of this Court denying motion to vacate judgment pursuant to Fed. R. Civ. P. 60(b)(4) on May 30, 2006 and its Order denying motion for reconsideration pursuant to Fed. R. Civ. P. 59(e) dated July 11, 2006.

Submitted on this 11 day of July 2006.

Stephen A. Saccoccia, Pro-Se
U.S.P. Lewisburg #02596-070
P.O. Box 1000 Lewisburg PA.
17837