UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

July 25, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

***RE: CA97-248T Stephen Saccoccia v. United States of America***

Dear Clerk:

Enclosed you will find the Notice of Appeal, certified copies of related documents and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ______________________
Lucia Cristina Leyva
DEPUTY CLERK

encl.: Appeal Cover Sheet; Notice of Appeal; Doc.#38 - Petitioner's Motion to Vacate Judgment; Doc.#39 - Government's Objection to Petitioner's Motion to Correct Judgment; Doc. #40 - Order Denying Motion to Vacate; Doc.#41 - Petitioner's Traverse to the Government's Objection to Correct Judgment; Doc.#42 - Motion for Reconsideration of Court Order Denying Petitioner's Rule 60(b)(4) Motion; Doc.#43 - Order Denying Motion for Reconsideration.; Certified Copy of Docket.