UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| STEPHEN A. SACCOCCIA<br>v.<br>UNITED STATES OF AMERICA | C.V. No. 97-248<br>Appeal No. 06-2122 |

**MOTION TO LEAVE TO APPEAL IN FORMA PAUPERIS**

NOW COMES Stephen A. Saccoccia, hereafter Petitioner and respectfully moves this Honorable Court for an ORDER permitting him to proceed in forma pauperis.

This appeal is from this Court's denial of Petitioner's motion to vacate judgment in the above captioned case pursuant to Federal Rule of Civil Procedure 60(b)(4).

Please see attached hereto in support of this motion, Petitioner's affidavit pursuant to First Circuit local Rule 24.

WHEREFORE, in the interest of justice and in order to allow Petitioner to appeal this Court's decision, Petitioner urges this Honorable Court to grant this motion.

Submitted on this 31st day of July 2006.

Stephen A. Saccoccia
Reg. No. 02596-070
USP Lewisburg P.O.
Box 1000 Lewisburg PA.
17837