UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

| | | |
|---|---|---|
| STEPHEN A. SACCOCCIA, Petitioner-Appellant, | ) | |
| | ) | |
| v. | ) | No. 04-1657 |
| | ) | |
| UNITED STATES OF AMERICA, Respondent-Appellee. | ) | |

## APPELLEE-UNITED STATES' MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY DISPOSITION

Petitioner-appellant Stephen A. Saccoccia appeals the denial of a motion based on Fed. R. Civ. P. 60(b) (and a related motion for reconsideration), in a case where the district court properly determined (see attached opinion) that the Rule 60(b) motion plainly amounts to a third petition under 28 U.S.C. § 2255 because it challenges the constitutionality of his sentence and not some procedural irregularity in his earlier § 2255 actions. See Munoz v. United States, 331 F.3d 151, 152-53 (1st Cir.) (per curiam), cert. denied, 124 S. Ct. 224 (2003); Rodwell v. Pepe, 324 F.3d 66, 70 (1st Cir. 2003).[1]

Saccoccia has not applied for a Certificate of Appealability ("COA") and thus the appeal could be dismissed on that basis alone. In any event, a recent decision of this Court makes clear that the appeal must be dismissed as premature because Saccoccia's claims are based on Apprendi v. New Jersey, 530 U.S. 466 (2000) and

[1] This Court denied petitioner leave to file a second or successive § 2255 petition two years ago. Saccoccia v. United States, 42 Fed. Appx. 476, 2002 WL 1734169, at *6 (1st Cir. July 29, 2002).

Blakely v. Washington, 124 S. Ct. 2531 (2004), neither of which has been held to invalidate the sentencing guidelines and neither of which has been declared retroactively applicable by the Supreme Court. See 28 U.S.C. § 2255, ¶ 8(2); Cuevas v. C.J. Derosa, No. 04-2066, 2004 WL 2367356, at *1 (1st Cir. Oct. 22, 2004); Munoz, 331 F.3d at 153; Sustache-Rivera v. United States, 221 F.3d 8, 14 (1st Cir. 2000).

Putting aside other responses to petitioner's reliance on Blakely, the two responses noted above establish that the appeal should be dismissed.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

DONALD C. LOCKHART
Bar No. 62470
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on this, the 3rd day of November, 2004, I mailed a true copy of this filing to:

Stephen A. Saccoccia, Pro Se
Reg. No. 02596-070
United States Penitentiary
Lewisburg, P.O. Box 1000
Lewisburg, PA 17837

______________________________