# United States Court of Appeals
## For the First Circuit

No. 04-1657

UNITED STATES,

Appellee,

v.

STEPHEN A. SACCOCCIA,

Defendant, Appellant.

ORDER OF COURT

Entered: November 30, 2004

In light of the motion for summary affirmance, the motion and accompanying memorandum will be treated as appellee's brief, and the appeal will be decided in due course.

By the Court:

Richard Cushing Donovan, Clerk.

JULIE [illegible]

By: ____________________
Operations Manager

cc: Messrs. Saccoccia, Leavey & Lockhart