UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

STEPHEN A. SACCOCCIA

v.   CA No. 97-248

UNITED STATES OF AMERICA

### ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner's motion for leave to appeal in forma pauperis is hereby denied for the reasons set forth in the government's memo in opposition. Saccoccia has previously appealed the denial of his § 2255 motion and that denial was affirmed by the First Circuit.

By Order

/s/
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Chief Judge

Date: Oct 2, 2006