UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

STEPHEN A. SACCOCCIA

v. CA No. 97-248

UNITED STATES OF AMERICA

**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS**

Petitioner's motion for leave to appeal in forma pauperis is hereby denied for the reasons set forth in the government's memo in opposition. Saccoccia has previously appealed the denial of his § 2255 motion and that denial was affirmed by the First Circuit.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Oct. 2, 2006