# United States Court of Appeals
## For the First Circuit

91-00115
Rhode Island
E. Torres
97-248T

No. 06-2122

UNITED STATES

Appellee

v.

STEPHEN A. SACCOCCIA

Defendant - Appellant

**JUDGMENT**

Entered: September 26, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal shall proceed under No. 06-2121.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By____________________
Operations Manager

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

Jennifer Gallardo
**Deputy Clerk**

**Date:** 9·26·06

[cc: Stephen A. Saccoccia, Craig N. Moore, USA, Donald Lockhart, AUSA, James H. Leavey, AUSA, Michael P. Iannotti, AUSA]